UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond Fournier

    v.                                       Civil No.  07-cv-264-PB

Northern NH Correctional Facility

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $7.25 is due no later than October 22, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                           /s/ James R. Muirhead
                                         James R. Muirhead
                                         United States Magistrate Judge

Date: September 18, 2007

cc:   Raymond Fournier, pro se
       Bonnie S. Reed, Financial Administrator
       NH Department of Corrections, Inmate Accounts