UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Raymond Fournier</u>

          v.                                    Case No. 07-cv-264-PB

<u>Northern NH Correctional Facility</u>


<u>O R D E R</u>


      I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 16, 2008, no objection having been filed.

      SO ORDERED.


July 10, 2008                                  /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Raymond Fournier, Pro se